ALICE KEATING, Respondent, *v.* DAVID J. CONVISER et al., Appellants.

*Libel — letter sent by defendant, a creditor of plaintiff, to her employer.*

Keating v. Conviser, 219 App. Div. 836, affirmed.

(Submitted November 23, 1927; decided December 13, 1927.)

APPEAL from a judgment entered March 23, 1927, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and reinstated said verdict. The action was for libel, the complaint alleging that defendant sent the following letter to her employer:

" CONVISER'S
" UNEEDA
" 1061 Broadway, Brooklyn, N. Y.
" Telephone Jefferson 6200
"*March* 26, 1924.
" No. 28817

" U. S. LINES,
" 45 Broadway,
" N. Y. C.:

" GENTLEMEN.— Permit us to direct your attention to a matter of importance.

" Miss Alice Keating of your employ purchased from us some time ago, clothing amounting to $79.50. Although agreeing to pay us $2.50 per week, to date we have received no payment on the balance of $10.00 since August 11, 1923.

" Frankly speaking, the only basis upon which we extended credit to her was the fact that she was a person in your employ, from each of whom you require a certain standard of honesty.

" Now there are two ways open to us to enforce collection. One way is to take the debtor to Court; this involves a loss of time and additional court costs to which

naturally we do not like to resort unless absolutely compelled.

"The other method which we prefer is to appeal to a man in authority like yourself. We honestly believe that a word from you will make her realize the unfairness of withholding payment on a just obligation.

"Thanking you in advance for any assistance you may give us on this matter, we are

"Very truly yours,

"P. PERLIN,

" UNEEDA CREDIT CLOTHING CO."

The Appellate Division held that the communication was libelous *per se,* in view of a prior communication from defendants to plaintiff threatening to make trouble for her in the event she did not pay their bill.

*Benjamin Reass* and *Sylvia Usefof* for appellants.

*Frederick G. Rita* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

LOUIS PELLICH, Respondent, *v.* AMERICAN YELLOW TAXI OPERATORS CORPORATION, Appellant.

*Negligence — motor vehicles — pedestrian struck by automobile at street crossing.*

*Pellich* v. *Am. Yellow Taxi Operators Corp.,* 220 App. Div. 815, affirmed.

(Argued November 23, 1927; decided December 13, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff while crossing Thirty-second street at its intersection with Second avenue in the city of New York was struck by